```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  CHRIS KALTSAS (NYBN 5460902)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-6511
 7       Fax: (415) 436-7027
         chris.kaltsas2@usdoj.gov
 8

 9  Attorneys for United States of America
```

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

| | | |
|---|---|---|
| 13 UNITED STATES OF AMERICA, | ) | NO. 4:24-mj-70020 MAG |
| 14     Plaintiff, | ) ) | STIPULATION AND ORDER TO MODIFY |
| | ) | RELEASE CONDITIONS AND CONTINUE |
| 15     v. | ) ) | STATUS CONFERENCE FROM MARCH 1, 2024 TO MARCH 20, 2024 |
| 16 GWOMINA LOUIS AJAYI, | ) | |
| 17     Defendant. | ) ) | |
| 18 | | |

19        On January 23, 2024, the Court set conditions for defendant Gwomina Louis Ajayi's release that

20 included an appearance bond, a curfew, electronic monitoring, and a requirement that he stay at home

21 except to attend work-related activities, legal appointments, medical appointments, and as otherwise

22 directed by Pretrial Services. Dkt. Nos. 14, 16. In light of his continued compliance with the terms set by

23 the Court this far, defendant Ajayi has requested that he be removed from electronic monitoring; that he

24 no longer be subject to a curfew to permit him to continue to pursue additional work opportunities; and

25 that any restrictions on his movement be limited to the Northern and Eastern Districts of California, so

26 that he may attend to daily errands and activities, and so that he may travel to appointments with Pretrial

27 Services in Sacramento where his supervision will be based. To that end, it is hereby stipulated by and

28 between counsel for the United States and counsel for defendant Gwomina Louis Ajayi that the

STIPULATION TO MODIFY AND CONTINUE AND ORDER
CASE NO. 4:24-mj-70020 MAG

conditions of his pretrial release be modified to remove his curfew; remove his location monitoring condition; and allow him to freely travel within the Northern District of California and Solano County.

It is further stipulated by and between counsel for the United States and counsel for defendant Gwomina Louis Ajayi that the status conference regarding preliminary hearing currently set for March 1, 2024 be continued until March 20, 2024 at 10:30 a.m., and that time be excluded under Federal Rule of Criminal Procedure 5.1 between those two dates.

At the status conference held on January 23, 2024, the government and counsel for the defendant agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 so that defense counsel could continue to prepare, including by reviewing the discovery to be produced and because of the complexity of the case. The parties stipulate and agree that additional time is needed to review additional discovery and to discuss potential resolutions of this case. Accordingly, the parties stipulate and agree that there is good cause to exclude time until March 20, 2024, namely, for allowing for the effective preparation of counsel. *See* Fed. R. Crim. P. 5.1(d).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order. He also certifies that he consulted with Pretrial Officer Jalei Kinder, and that she has no objection to the proposed order.

IT IS SO STIPULATED.

DATED: February 29, 2024

/s/
CHRIS KALTSAS
Assistant United States Attorney

DATED: February 29, 2024

/s/
MATTHEW DIRKES
Counsel for Defendant Gwomina Louis Ajayi

STIPULATION TO MODIFY AND CONTINUE AND ORDER
CASE NO. 4:24-mj-70020 MAG

**ORDER**

Based on the reasons provided in the stipulation of the parties, and for good cause shown, the Court hereby MODIFIES defendant Gwomina Louis Ajayi's pretrial release conditions as follows: Mr. Ajayi is no longer subject to location monitoring; Mr. Ajayi is no longer subject to a curfew; and Mr. Ajayi is permitted to leave his home to conduct daily activities in the Northern and Eastern Districts of California, subject to the conditions that still apply and any other conditions the Court may later impose. All other conditions of release shall remain in effect.

Further, based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for March 1, 2024 to March 20, 2024 and excluding that time from computation under Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings. Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from March 1, 2024 to March 20, 2024 from computation under Federal Rule of Criminal Procedure 5.1. Therefore, and with the consent of the parties, IT IS ORDERED that the time March 1, 2024 to March 20, 2024 shall be excluded from computation under Federal Rule of Criminal Procedure 5.1.

IT IS SO ORDERED.

DATED: February 29, 2024

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATION TO MODIFY AND CONTINUE AND ORDER
CASE NO. 4:24-mj-70020 MAG