1 STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

5

6     1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (415) 436-6915

7     FAX: (510) 637-3724
    chris.kaltsas2@usdoj.gov

8

9 Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) NO. 4:24-mj-70020-MAG |
| 14 | Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE FROM |
| 15 | v. | ) MARCH 20, 2024 TO MAY 30, 2024 AND ) EXCLUDE TIME |
| 16 | GWOMINA LOUIS AJAYI, | ) |
| 17 | Defendant. | ) |
| 18 | | ) |

19       It is hereby stipulated by and between counsel for the United States and counsel for the

20 defendant Gwomina Louis Ajayi, that the status conference currently scheduled on March 20, 2024 be

21 continued to May 30, 2024 at 10:30 a.m., and that time be excluded under the Speedy Trial Act and

22 Federal Rule of Criminal Procedure 5.1 between those two dates.

23       On February 29, 2024, the Court issued an order modifying defendant Gwomina Louis Ajayi's

24 bail conditions and continuing the previously set status conference to March 20, 2024. In their prior

25 stipulation, the parties noted that at the status conference held on January 23, 2024, the government and

26 counsel for the defendant agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 so

27 that defense counsel could continue to prepare, including by reviewing the discovery to be produced and

28 because of the complexity of the case. The parties stipulate and agree that additional time is needed to

STIPULATION CONTINUE AND EXCLUDE TIME AND ORDER
CASE NO. 4:24-mj-70020-MAG

1  review additional discovery and to discuss potential resolutions of this case. For this reason and the

2  reasons stated in their prior stipulation, the parties stipulate and agree that excluding time until May 30,

3  2024 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R.

4  Crim. P. 5.1(d).  The parties further stipulate and agree that the ends of justice served by excluding the

5  time from March 20, 2024 through May 30, 2024 from computation under the Speedy Trial Act and

6  Federal Rule of Criminal Procedure 5.1 outweigh the best interests of the public and the defendant in a

7  speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

8          The undersigned Assistant United States Attorney certifies that he has obtained approval from

9  counsel for the defendant to file this stipulation and proposed order.

10

11          IT IS SO STIPULATED.

12

13  DATED:        March 18, 2024                    _____/s/_____
                                                   CHRIS KALTSAS
14                                                 Assistant United States Attorney

15
    DATED:        March 18, 2024                    _____/s/_____
16                                                 MATTHEW DIRKES
                                                   Counsel for Defendant Gwomina Louis Ajayi
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONTINUE AND EXCLUDE TIME AND ORDER
CASE NO. 4:24-mj-70020-MAG

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for March 20, 2024 to May 30, 2024 and excluding that time from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from March 20, 2024 to May 30, 2024 from computation under Federal Rule of Criminal Procedure 5.1, and that the end of justice served for excluding the time between those dates from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS ORDERED that the time March 20, 2024 to May 30, 2024 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ___March 19, 2024___



_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATION CONTINUE AND EXCLUDE TIME AND ORDER
CASE NO. 4:24-mj-70020-MAG