ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (415) 436-6915
    FAX: (510) 637-3724
    chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-MJ-70020 MAG |
|     Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FROM JULY 30, 2024 TO SEPTEMBER 18, 2024 AND EXCLUDE TIME |
|     v. | |
| GWOMINA LOUIS AJAYI, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Gwomina Louis Ajayi, that the status conference currently scheduled on July 30, 2024 be continued to September 18, 2024 at 10:30 a.m., and that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 between those two dates.

On February 29, 2024, the Court issued an order modifying defendant Gwomina Louis Ajayi's bail conditions and continuing the previously set status conference to March 20, 2024. Dkt. No. 20. The parties subsequently stipulated to continuing the aforementioned status conference to May 30, 2024, which the Court memorialized in an order issued on March 19, 2024. Dkt. No. 22. In May and June, the parties agreed to modify defendant Ajayi's bail conditions and to continue the aforementioned status

hearing. Dkt. Nos. 24, 25.

In their prior stipulations, the parties noted that at the status conference held on January 23, 2024, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 so that defense counsel could continue to prepare, including by reviewing the discovery to be produced and because of the complexity of the case. The parties stipulate and agree that additional time is needed to review additional discovery and to discuss potential resolutions of this case. For this reason and the reasons stated in their prior stipulation, the parties stipulate and agree that excluding time until September 18, 2024 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d).  The parties further stipulate and agree that the ends of justice served by excluding the time from July 30, 2024 through September 18, 2024 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:	July 17, 2024	/s/
	CHRIS KALTSAS
	Assistant United States Attorney


DATED:	July 17, 2024	/s/
	MATTHEW DIRKES
	Counsel for Defendant Gwomina Louis Ajayi

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for July 30, 2024 to September 18, 2024 and excluding that time from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from July 30, 2024 to September 18, 2024 from computation under Federal Rule of Criminal Procedure 5.1, and that the ends of justice served for excluding the time between those dates from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS ORDERED that the time between July 30, 2024 to September 18, 2024 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 17, 2024

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge