```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.paulson@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GWOMINA LOUIS AJAYI,<br><br>    Defendant. | NO. 4:24-MJ-70020-MAG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FROM DECEMBER 18, 2025, TO FEBRUARY 10, 2026, AND EXCLUDE TIME |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Gwomina Louis Ajayi, that the status conference currently scheduled on December 18, 2025, be continued to February 10, 2026, at 10:30 a.m., and that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 between those two dates.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 so that defense counsel could continue to prepare, including by reviewing the discovery to be produced and because of the complexity of the case. The parties stipulate and agree that additional time is needed to review additional discovery that was provided to the defense and to discuss potential resolution of this case. Additionally, the parties are

actively engaging in plea negotiations and exchanging discovery. For this reason and the reasons stated in their prior stipulations, the parties stipulate and agree that excluding time until February 10, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d). The parties further stipulate and agree that the ends of justice served by excluding the time from December 18, 2025, through February 10, 2026, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 16, 2025          */s/ Andrew Paulson*
                                  ANDREW PAULSON
                                  Assistant United States Attorney

DATED: December 16, 2025          */s/ Matthew Dirkes*
                                  MATTHEW DIRKES
                                  Counsel for Defendant Gwomina Louis Ajayi

## ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for December 18, 2025, to February 10, 2026, and excluding that time from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from December 18, 2025, to February 10, 2026, from computation under Federal Rule of

1 Criminal Procedure 5.1, and that the end of justice served for excluding the time between those dates
2 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant
3 in a speedy trial. Therefore, and with the consent of the parties, IT IS ORDERED that the time
4 December 18, 2025, to February 10, 2026, shall be excluded from computation under the Speedy Trial
5 Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

   IT IS SO ORDERED.

DATED: December 16, 2025

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge